UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20978**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

CR-MORENO

/O'SULLIVAN

UNITED STATES OF AMERICA

vs.

ENRIQUE HERNANDEZ, JR.,
DAVID CALDERILLA-ALCOCER,
MARIO ALGIERI,
and
ROBERT HAGA,

      **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as September 12, 2012, and continuing through on or about February 15, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendants,

**ENRIQUE HERNANDEZ, JR.,
DAVID CALDERILLA-ALCOCER,
MARIO ALGIERI,
and
ROBERT HAGA,**

knowingly and willfully combined, conspired and agreed with each other and with others unknown to the Grand Jury to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to ENRIQUE HERNANDEZ, JR., the controlled substance involved in the conspiracy attributable as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

With respect to defendants DAVID CALDERILLA ALCOCER, MARIO ALGIERI, and ROBERT HAGA, the controlled substance involved in the conspiracy attributable to each of these defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2

On or about December 16, 2013, in Broward County, in the Southern District of Florida, the defendant,

**ENRIQUE HERNANDEZ, JR.,**

knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C)(ii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants, ENRIQUE HERNANDEZ, JR., DAVID

CALDERILLA-ALCOCER, MARIO ALGIERI, and ROBERT HAGA, have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of any of the violations alleged in this Indictment, the defendants shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| ENRIQUE HERNANDEZ, JR., et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants._____/ | Superseding Case Information: |

**Court Division**: (Select One)

 **x** Miami ___ Key West
 ___ FTL ___ WPB ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    **No**
   List language and/or dialect

4. This case will take    **6**    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days     ___               Petty    ___
   II   6 to 10 days    ✓                 Minor    ___
   III  11 to 20 days   ___               Misdem.  ___
   IV   21 to 60 days   ___               Felony   ✓
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **No**
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   ✓ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   ✓ No


                                                _____
                                                FRANK H. TAMEN
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Florida Bar No./Court No. 261289

*Penalty Sheet(s) attached

REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ENRIQUE HERNANDEZ, JR.

**Case No:**

Counts #: 1

Conspiracy to Distribute 500 Grams or More of Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

Count #: 3

Distribution of Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 Years' Imprisonment

* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DAVID CALDERILLA ALCOCER

**Case No:**

Count #: 1

Conspiracy to Distribute 500 Grams or More of Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MARIO ALGIERI

**Case No:**

Count #: 1

Conspiracy to Distribute 500 Grams or More of Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

\* **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** ROBERT HAGA

**Case No:**

Count #: 1

Conspiracy to Distribute 500 Grams or More of Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.