UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20978-Cr Moreno

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

Mario Algieri

　　Defendant.
_____/

## NEBBIA STIPULATION AND ORDER

On **6-23-16**, the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, set conditions of release for Defendant **Algieri**, which included a **10% of 100,000.00** (corporate surety bond) *(percentage bond)*, and imposed a *Nebbia* requirement. The parties have agreed that the **funds + collateral** (funds and/or collateral) being used to satisfy the bond are from the following source(s) and are not illegally derived:

1. The collateral is **home Located at 14300 30th Ct, Davie Fl. 3330**
   (provide address and owner of property, and relationship to defendant)

2. The **Money deposited w/ the Court** is being paid by
   (premium for the bond/money being deposited into the registry of the Court)
   **James Jackson**, who is **girlfriends Father**. The money was obtained from
   (state relationship to defendant)
   **his home equity Credit line from Chase Bank**
   (source of funds—e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

_____          _____
Counsel for Defendant                              Counsel for Government
Dated: 6-23-16                                          Dated: 6-23-16

## ORDER

Based upon the stipulation of the parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied, and that the bond to secure the release of Defendant **Mario Algieri** may be posted. DONE AND ORDERED on **6/23/16**, in Miami, Florida.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE